KEVIN R. ELLIOTT, ESQ., Bar No. 276295
JOHN F. McINTYRE, JR., ESQ. Bar No. 172128
SHEA & McINTYRE, A P.C.
2166 The Alameda
San Jose, CA 95126-1144
[408] 298-6611
[408] 275-0814 Facsimile

Attorneys for Plaintiff
JAMES SHAVER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SHAVER,<br><br>                    Plaintiff,<br><br>      v.<br><br>SWINERTON BUILDERS, a California corporation, and DOES 1 to 25, inclusive,<br><br>                    Defendants. | Case No. 3:17-cv-02752-WHO<br><br>**DECLARATION OF KEVIN ELLIOTT IN SUPPORT OF JOINT MOTION FOR APPROVAL OF FLSA SETTLEMENT**<br><br>DATE:  TBD<br>TIME:  TBD<br>JUDGE:  Hon. William H. Orrick<br>DEPT.: |

DECLARATION OF KEVIN ELLIOTT                    1.                    (No. 3:17-cv-02752-WHO)

I, KEVIN R. ELLIOTT, hereby declare and state:

1.    I am an attorney with the law firm of Shea & McIntyre, A.P.C., attorneys for Plaintiff James Shaver ("Plaintiff") in the above entitled matter. I am licensed to practice law in the State of California. I have personal knowledge of the matters set forth in this declaration and if called as a witness I could and would competently testify thereto.

2.    The Parties agreed to attempt an early resolution of this case and applied to the Court's ADR program following our first case management conference. In order to facilitate that mediation process, the Parties agreed to conduct limited discovery ahead of mediation. Plaintiff propounded written discovery including requests for production of documents. That discovery was sufficient for Plaintiff to properly assess his case and prepare for mediation. On December 15, 2017, the Parties attended mediation in this matter at the office of defense counsel with the Court appointed mediator Martin Dodd. I personally attended mediation along with Plaintiff. At mediation, the Parties reached a settlement resolving all of Plaintiff's claims. The Parties entered into two separate settlement agreements, one resolving only Plaintiff's FLSA claims and a separate agreement resolving his remaining claims and including a general release.

3.    In my opinion, the Parties' settlement of Plaintiff's FLSA claims is a fair, reasonable, and adequate resolution of this action. The settlement was the result of a good faith, arm's length negotiations at mediation with an impartial, Court appointed mediator - Martin Dodd. Based upon the amount of Plaintiff's alleged damages, the cost of litigating the case through to trial, and the risk that Plaintiff could fail to prevail on one or more of his claims, this settlement was fair, reasonable and adequate. There was no collusion between the Parties or their attorneys in reaching this settlement.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on this 20th day of February, 2018 at San Jose, California.

_____
KEVIN R. ELLIOTT

DECLARATION OF KEVIN ELLIOTT          2.          (No. 3:17-cv-02752-WHO)