ELIZABETH STAGGS WILSON, Bar No. 183160
estaggs-wilson@littler.com
LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA 90071
Telephone:   213.443.4300
Facsimile:   213.443.4299

Attorneys for Defendant
SWINERTON BUILDERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SHAVER,<br><br>                Plaintiff,<br><br>       v.<br><br>SWINERTON BUILDERS, a California corporation, and DOES 1 to 25, inclusive,<br><br>                Defendants. | Case No. 3:17-cv-02752-WHO<br><br>**DECLARATION OF GILBERT A. CASTRO IN SUPPORT OF JOINT MOTION FOR APPROVAL OF FLSA SETTLEMENT**<br><br>DATE:  TBD<br>TIME:  TBD<br>JUDGE:  Hon. William H. Orrick<br>DEPT.: |

LITTLER MENDELSON, P.C.
333 BUSH STREET
34TH FLOOR
SAN FRANCISCO, CA 94104
415 433 1940

DECLARATION OF GILBERT CASTRO          1.          (No. 3:17-cv-02752-WHO)

I, GILBERT A. CASTRO, hereby declare and state:

1.    I am an attorney with the law firm of Littler Mendelson, Professional Corporation, attorneys for Defendant SWINERTON BUILDERS ("Defendant"). I am licensed to practice law in the State of California. I have personal knowledge of the matters set forth in this declaration and if called as a witness I could and would competently testify thereto.

2.    On December 15, 2017, the Parties in this case held mediation proceedings with the Court appointed mediator Martin Dodd. Defendant was represented by myself at the mediation and Plaintiff was represented by Plaintiff's Counsel Kevin R. Elliott. Following good faith, arm's length negotiations at mediation, the Parties reached a settlement resolving all of Plaintiff's claims, including his claims under the FLSA. The Parties entered into two separate settlement agreements: one resolving only Plaintiff's FLSA claims and a second agreement resolving his remaining claims and including a general release. A true and correct copy of the settlement agreement between the parties covering Plaintiff's FLSA claims can be provided to the Court for an in camera review at the Court's request.

3.    The Parties' settlement of Plaintiff's FLSA claims is a fair, reasonable, and adequate resolution of this action. The Parties engaged in good faith, arm's length negotiations with the assistance of Court appointed mediator Martin Dodd. There were significant issues in dispute between the parties as to whether Plaintiff was covered by the FLSA or whether the administrative exemption applied to him. There was no collusion between Plaintiff or Plaintiff's counsel and Defendant or defense counsel in reaching this settlement.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on this 26th day of January, 2018 at San Francisco, California.

GILBERT A. CASTRO

Firmwide:152524065.1 087201.1003

LITTLER MENDELSON, P.C.
333 BUSH STREET
34TH FLOOR
SAN FRANCISCO, CA 94104
415 433 1940

DECLARATION OF GILBERT CASTRO          2.          (No. 3:17-cv-02752-WHO)