ELIZABETH STAGGS WILSON, Bar No. 183160
estaggs-wilson@littler.com
LITTLER MENDELSON, P.C.
633 West 5th Street, 63rd Floor
Los Angeles, CA  90071
Telephone:    213.443.4300
Facsimile:    213.443.4299

KATHERINE KIMSEY, Bar No. 300224
kkimsey@littler.com
LITTLER MENDELSON, P.C.
333 Bush Street, 34th Floor
San Francisco, CA  94104
Telephone:    415.433.1940
Facsimile:    415.399.8490

Attorneys for Defendant
SWINERTON BUILDERS

KEVIN R. ELLIOTT, ESQ., Bar No. 276295
kelliott@sheamcintyre.com
JOHN F. McINTYRE, JR., ESQ. Bar No. 172128
jmcintyre@sheamcintyre.com
SHEA & McINTYRE, A P.C.
2166 The Alameda
San Jose, CA 95126-1144
Telephone:    408.298.6611
Facsimile:    408.275.0814

Attorneys for Plaintiff
JAMES SHAVER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SHAVER,<br><br>              Plaintiff,<br><br>       v.<br><br>SWINERTON BUILDERS, a California corporation, and DOES 1 to 25, inclusive,<br><br>              Defendants. | Case No. 3:17-cv-02752-WHO<br><br>**[PROPOSED] ORDER GRANTING JOINT ADMINISTRATIVE MOTION FOR APPROVAL OF FLSA SETTLEMENT** |

LITTLER MENDELSON, P.C.
333 BUSH STREET
34TH FLOOR
SAN FRANCISCO, CA  94104
415.433.1940

[PROPOSED] ORDER GRANTING JOINT
MOTION FOR APPROVAL OF FLSA
SETTLEMENT

1.

(No. 3:17-cv-02752-WHO)

The Court, having fully reviewed the Joint Administrative Motion for Approval of FLSA Settlement, the supporting Memorandum of Points and Authorities, the Declaration of Gilbert Castro filed in support thereof, the Declaration of Kevin Elliot filed in support thereof, and the papers and pleadings on file in this matter.

THE COURT HEREBY MAKES THE FOLLOWING DETERMINATION AND ORDERS:

1. The settlement between the parties is a fair and reasonable resolution of a bona fide dispute.

2. The FLSA settlement agreement between the parties is approved.

IT IS SO ORDERED.

Dated: _____, 2018

_____
Honorable Judge William H. Orrick
USDC of the Northern District of California

LITTLER MENDELSON, P.C.
333 BUSH STREET
34TH FLOOR
SAN FRANCISCO, CA 94104
415.433.1940

[PROPOSED] ORDER GRANTING JOINT MOTION FOR APPROVAL OF FLSA SETTLEMENT

2.

(No. 3:17-cv-02752-WHO)